# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re:  **RENEE DENISE CRENSHAW,**                     **Case No. 17-35091-KRH**
      **4211 Dorset Road**                           **Chapter 7**
      **Richmond, VA  23234**
      **SSN: xxx-xx-5250**
                **Debtor.**

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** Roy M. Terry, Jr., Chapter 7 Trustee in Bankruptcy (the "**Movant**"), has filed a *Trustee's Application to Employ Auctions.com as Auctioneer and Sean Ryan as Listing Agent Pursuant to 11 U.S.C. §§ 327 and 328* (the "**Motion**") (doc no. 26). A copy of the Motion has already been served to the parties listed in the Certificate of Service.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the motion, then by September 10, 2018, you or your attorney must:

1.     File with the Court, at the applicable address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

> Clerk's Office
> United States Bankruptcy Court
> 701 East Broad Street, Suite 4000
> Richmond, Virginia 23219

You must also mail a copy to:

> Robert Van Arsdale, Esquire
> Office of the U.S. Trustee
> 701 East Broad Street, Suite 4304
> Richmond, Virginia 23219

2.     Attend the hearing scheduled to be held on September 12, 2018 at 12:00 p.m., before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, 701 East Broad Street, Room 5000, Richmond, VA 23219.

Roy M. Terry. Jr., VSB No. 17764
SANDS ANDERSON PC
P.O. Box 2188
Richmond, Virginia 23218-2188
Telephone: 804.648.1636
*Chapter 7 Trustee*

**Under Local Bankruptcy Rule 9013-1, unless a written response to the Motion and supporting memorandum are filed with the Clerk of Court and served on the moving party at least three (3) days prior to the hearing objecting to the relief requested, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.**

Respectfully submitted, this 27th day of August, 2018.

> /s/ Roy M. Terry, Jr.
> Roy M. Terry, Jr., VSB No. 17764
> SANDS ANDERSON PC
> P.O. Box 2188
> Richmond, Virginia 23218-1998
> Telephone: 804.648.1636
> *Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2018, a true and correct copy of the foregoing Notice was sent electronically through the Court's electronic filing system and/or first-class mail, postage prepaid, to:

> John G. Merna, Esquire
> The Merna Law Group, PC
> 3419 Virginia Beach Boulevard, Suite 236
> Virginia Beach, VA 23452
>  *Debtor Counsel*
>
> Renee Denise Crenshaw
> 4211 Dorset Road
> Richmond, VA 23234
>  *Debtor*
>
> Mr. Cooper
> d/b/a Nationstar Mortgage
> 8950 Cypress Waters Blvd.
> Coppell, TX 75019
>
> Mr. Cooper
> d/b/a Nationstar Mortgage
> c/o Mary F. Balthasar Lake, Esquire
> Shapiro & Brown, LLP
> 501 Independence Parkway, Suite 203
> Chesapeake, VA 23320
>  Counsel for Mr. Cooper

Robert Van Arsdale, Esquire
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Auction.com, LLC
1 Mauchly
Irvine, CA 92618


/s/ Roy M. Terry, Jr.

ND4843-8417-6496